IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND ELECTRICAL
INDUSTRY HEALTH FUND, et al.
                                            *
         Plaintiffs                         *      Civil Action No.: WMN-01-2403
                                            *
    vs.                                     *
                                            *
CITY GENERAL, INC.                          *
                                            *
         Defendant                          *
                                      ******

## ORDER

Plaintiffs having failed to serve the summons and complaint upon the above named defendant within 120 days after the filing of the complaint, it is, this _14th_ day of _December_ 2001,

ORDERED that plaintiffs show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendant without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

                                                                                                   William M. Nickerson
                                                                                                   United States District Judge