IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
2002 JAN -8  A 10: 51
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

| | |
|---|---|
| MARYLAND ELECTRICAL INDUSTRY HEALTH FUND, et al. | * |
| Plaintiffs | * |
| v. | * CIVIL NO. WMN-01-2403 |
| CITY GENERAL, INC. | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Plaintiff having failed to show good cause as to why service of the summons and complaint has not been made upon defendant **City General, Inc.** within 120 days of the filing of the complaint as required by the prior order of this court, it is, this ___7th___ day of ___January___ 2002,

ORDERED that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a. as to defendant **City General, Inc.**

_____
William M. Nickerson
United States District Judge

MICROFILMED
JAN -8 2002