IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND ELECTRICAL INDUSTRY
HEALTH FUND, et al.,

    Plaintiffs

v.      Civil Action No. WMN 01-2403

CITY GENERAL, INC.,

    Defendant

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, Maryland Electrical Industry Health Fund, et al., through its counsel, James T. Kimble, Corey Smith Bott and the law firm of Abato, Rubenstein and Abato, P.A., hereby dismiss the above captioned lawsuit without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and state that no responsive pleading has been filed by said Defendant.

Date: January 7, 2002

James T. Kimble
Bar No. 23456

Corey Smith Bott
Bar No. 25673
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, Maryland 21286
(410) 321-0990

Attorneys for Plaintiffs
Maryland Electrical Industry Health
Fund, et al.

SO APPROVED THIS __10th__ day of __January__, 2002.

_____
William M. Nickerson
United States District Judge

Case 1:01-cv-02403-WMN    Document 5    Filed 01/10/2002    Page 2 of 2